McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> MIGUEL VALENCIA,              )<br>                              )<br>            Defendant.        )<br>_____) | CR F 04-5185 OWW<br><br>ORDER FOR DISMISSAL OF<br>INDICTMENT |

    Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant MIGUEL VALENCIA only without prejudice and in the interest of just, and any warrant shall be recalled.


DATED:   8/7/2007             /s/Oliver W. Wanger
                              HONORABLE OLIVER W. WANGER
                              U.S. District Court Judge

1